1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         | CASE NO. 1:17-MJ-00158-SKO
11 |                       Plaintiff,  | MOTION TO DISMISS COMPLAINT
                                        [FED. R. CRIM. PROC. 48(a)]
12 |           v.
13 | DEMETRIUS DMIRAL WARREN,
14 |                       Defendants.

16     Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT,

17 United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the

18 Court to dismiss the Complaint in this case alleging a violation of Title 18, United States Code, Section

19 751(a) – escape - as to the above-named defendant in the interest of justice. This request is made

20 because the defendant is now in the custody of the United States Marshals Service pending his return to

21 the custody of the Bureau of Prisons.

22 Dated: February 21, 2018            MCGREGOR W. SCOTT
                                        United States Attorney
23

24                                     By: /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
25                                         Assistant United States Attorney

26

27 ///

28 ///

MOTION TO DISMISS COMPLAINT; ORDER                    1

## **ORDER**

IT IS SO ORDERED that the Complaint be dismissed as to defendant Warren.

IT IS SO ORDERED.

Dated: **February 22, 2018**         /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE